[No. 4903–1. Division One. September 10, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD E. ASHBAUGH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 76291, David C. Hunter, J., entered June 16, 1976. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris and Williams, JJ.

[No. 6481–1. Division One. September 10, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIE HICKS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84245, Horton Smith, J., entered March 29, 1978. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris and James, JJ.

[No. 6537–1. Division One. September 10, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYMON LEE BAKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84206, George H. Revelle, J., entered April 11, 1978. *Affirmed* by unpublished opinion per Swanson, A.C.J., concurred in by James and Dore, JJ.

[No. 6660–1. Division One. September 10, 1979.]

GEORGE A. LINDROTH, ET AL, *Appellants,* v. CARL WILLIAM RUDEEN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 829333, William C. Goodloe, J., entered May 12, 1978. *Reversed* and *remanded* by unpublished opinion per Swanson, A.C.J., concurred in by James and Andersen, JJ.